```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GEORGE VUKSANAJ,

                                Plaintiff,                      21-CV-04705 (VEC)(SN)

       -against-                                            **ORDER**

METRO-NORTH COMMUTER RAILROAD,

                                Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       On Friday, October 15, 2021, the Honorable Valerie E. Caproni referred this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As the parties wish to complete discovery before the settlement conference, they are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference for early February.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:       New York, New York
                    October 18, 2021